No. 69578.—Mexican Products Co. *v.* United States, protests 64/25668, 64/25669, and 64/25670 (Laredo).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora, Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiff was sustained.